**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00886-CR

**LATAURUS KENSHEY MURPHY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F19-00400-X**

## ORDER

Before the Court is appellant's December 27, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before January 30, 2020. Appellant is cautioned that further extension are disfavored.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE